IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Jose Quinones-Figueroa, #57737-004,  )<br>  )<br>              Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>United States of America; United States  )<br>Justice Department, *Federal Bureau of*  )<br>*Prisons*; FCI Williamsburg; DHO Officer,  )<br>*Name Unknown*; K. Sellers, *Correctional*  )<br>*Officer*; SIS Officer, *Name Unknown*,  )<br>  )<br>             Defendants.  )<br>_____  ) | Case No.: 8:14-cv-01816-TLW |

## ORDER

      On May 7, 2014, Plaintiff Jose Quinones-Figueroa filed this civil action alleging violations of his constitutional rights. (Doc. #1). The matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Jacquelyn D. Austin, (Doc. #18), to whom this case was previously assigned. In the Report, the Magistrate Judge recommends that the Court dismiss the action without prejudice and without issuance and service of process. (Doc. #18 at 5.)  Objections were due by July 10, 2014. Plaintiff has filed no objections to the Report.

      This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. # 18), is **ACCEPTED.** Plaintiff's complaint, (Doc. #1), is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

August 19, 2014
Columbia, South Carolina